UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 15-5470-JFW (PJWx)**     Date:  May 12, 2016

Title:  Maria Antonia Barrera -v- City of Lynwood, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                                                  None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE**

The Court has reviewed the pretrial documents filed by the parties and discovered that Defendant City of Lynwood ("Defendant") has failed to file the Declarations of Witness Direct Testimony, a Trial Brief, and Findings of Fact and Conclusions of Law as required by Section 7 of the Court's Scheduling and Case Management Order [Docket No. 18].

Accordingly, Defendant is ordered to show cause in writing, on or before **May 13, 2016**, why the Court should not enter an order precluding it from calling any witnesses, why its answer should not be stricken, and/or why sanctions in the amount of $3,500.00 should not be imposed against defense counsel for failure to file the required documents.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of the foregoing sanctions.

IT IS SO ORDERED.